# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>vs )<br>)<br>ERIK ALONSO VEGA, )<br>)<br>Defendant. ) | CASE NO.<br>1:19-CR-00141-1-AT |

## ORDER APPOINTING COUNSEL

The Court finds the Defendant, the individual named below, having testified under oath or having otherwise satisfied this Court that he or she is financially unable to employ counsel, is indigent, and because the interest of justice so require;

IT IS ORDERED that Lawanda N. Hodges is hereby appointed to represent Defendant Erik Alonso Vega.

This 9th day of May, 2019.

_____
UNITED STATES MAGISTRATE JUDGE