# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

## 1:19-cr-00141-AT-RGV
## USA v. Vega et al
## Honorable Amy Totenberg

Minute Sheet for proceedings held In Open Court on 10/28/2020.

TIME COURT COMMENCED: 10:35 A.M.
TIME COURT CONCLUDED: 12:15 P.M.
TIME IN COURT: 1:40
OFFICE LOCATION: Atlanta

COURT REPORTER: Shannon Welch
USPO: Thyjuan L. Ransom
DEPUTY CLERK: Harry Martin

| | |
|---|---|
| DEFENDANT(S): | [1]Erik Alonso Vega Present at proceedings |
| ATTORNEY(S) PRESENT: | Michael Brown representing USA<br>Lawanda Hodges representing Erik Alonso Vega |
| PROCEEDING CATEGORY: | Sentencing Hearing(Sentencing Hearing Non-evidentiary); |
| PLEADINGS FILED IN COURT: | Consent Order of Forfeiture |
| MINUTE TEXT: | Defendant sentenced as to Count 1 and 7 of the Criminal Indictment and advised of appeal rights. See J&C for sentence. CUSM. |
| HEARING STATUS: | Hearing Concluded |