

# U.S. Department of Justice
United States Attorney
Northern District of Georgia

*Richard Russell Federal Building*  *Telephone: (404) 581-6000*
*75 Ted Turner Drive S.W.*  *Fax: (404) 581-6181*
*Suite 600*
*Atlanta, Georgia 30303*

December 16, 2020

James N. Hatten
Clerk of the Court
2212 U.S. Courthouse
75 Ted Turner Dr S.W.
Atlanta, GA 30303

    Re:    United States v. Vega, et al
              Criminal Action No. 1:19-cr-141-AT
              Substitution of Counsel

Dear Mr. Hatten:

    This is to notify you that the above-styled case has been transferred from AUSA Michael J. Brown to AUSA Radka T. Nations, telephone number 404-581-6061. I request papers and pleadings in this action be served upon me as counsel of record for the United States from this date forward.

              Sincerely,

              BYUNG J. PAK
              *United States Attorney*

              *Radka Nations*

              RADKA T. NATIONS
              *Assistant United States Attorney*

cc:    Defense Counsel
       Courtroom Deputy
       Criminal Docketing