IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>　　　　*v.*<br><br>VEGA, ET AL.<br>　　　　DEFENDANTS. | Criminal Action No.<br><br>1:19-CR-00141 |

## NOTICE OF ENTRY OF APPEARANCE

Assistant United States Attorney Garrett L. Bradford herein files notice of hisappearance in the above-styled case, and respectfully requests that he be added as counsel of record for the United States.

　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　KURT R. ERSKINE
　　　　　　　　　　　　　　　　*Acting United States Attorney*


　　　　　　　　　　　　　　/s/Garrett L. Bradford
　　　　　　　　　　　　　　　　*Assistant United States Attorney*
　　　　　　　　　　　　　　Georgia Bar No. 074374
　　　　　　　　　　　　　　Garrett.Bradford@usdoj.gov
　　　　　　　　　　　　　　*600 U.S. Courthouse*
　　　　　　　　　　　　　　*75 Ted Turner Drive S.W.*
　　　　　　　　　　　　　　*Atlanta, GA 30303*
　　　　　　　　　　　　　　*(404) 581-6000   fax (404) 581-6181*

## Certificate of Service

The United States Attorney's Office served this document today by filing it using the Court's CM/ECF system, which automatically notifies the parties and counsel of record.

April 29, 2021

/s/ GARRETT L. BRADFORD
GARRETT L. BRADFORD
*Assistant United States Attorney*